UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| re:  MATTHYS RYAN | ) | |
|      MATTHYS, CARRIE | ) | CASE NO.09-16585-13 |
|    Debtor | ) | |
| | ) | |

_____

| | | |
|---|---|---|
| RYAN AND CARRIE MATTHYS | ) | |
| | ) | Adversary Proc. No. 09-50794 |
| | ) | |
| | ) | |
| | ) | |
|   Plaintiffs | ) | |
| | ) | |
|   vs. | ) | |
| | ) | |
| GREEN TREE SERVICING, LLC | ) | |
| | ) | |
|   Defendant | ) | . |

## **MOTION TO RESET PRETRIAL CONFERENCE**

The Plaintiffs, Ryan and Carrie Matthys request that this matter be reset for pretrial conference

The original pretrial conference was vacated due to a pending motion to dismiss was resolved and a new pretrial needs to be held to set deadlines and court dates in this matter.

                           Respectfully submitted

                           /s/ Steven J. Halbert
                         Steven J. Halbert
                         Atty. For Plaintiffs
                         Atty. No. 14254-02
                         598 Carmel Dr.. Suite N.

Carmel, IN  46032  
(317) 334-7090  
FAX 317 848-3758  
Email  shalbertlaw@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following counsel electronically or by placing a copy in the United States Mail, postage prepaid, this 20th day of July, 2010.

      /s/s Steven J. Halbert___  
      Steven J. Halbert

Office of the United States Trustee  
ustpregion10.in.ecf@usdoj.gov

Robert A Brothers  
Chapter 13 Trustee  
ecfmail@bobbrothersch13.com  
ecfmail1@bobbrothersch13.com

Christopher M. Hill  
PO Box 817  
Frankfort, KY  40602