UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| re:  MATTHYS RYAN | ) | |
|      MATTHYS, CARRIE | ) | CASE NO.09-16585-13 |
|   Debtor | ) | |
| | ) | |

_____

| | | |
|---|---|---|
| RYAN AND CARRIE MATTHYS | ) | |
| | ) | Adversary Proc. No. 09-50794 |
| | ) | |
| | ) | |
| | ) | |
|   Plaintiffs | ) | |
| | ) | |
|   vs. | ) | |
| | ) | |
| GREEN TREE SERVICING, LLC | ) | |
| | ) | |
|   Defendant | ) | . |

**MOTION TO CONTINUE PRETRIAL CONFERENCE**

The Plaintiffs, Ryan and Carrie Matthys request that the pre-trial conference currently set in this matter for July 29, 2010 be continued for the reason that Plaintiff's counsel will be out of town and unable to attend the pretrial conference

Counsel for the Defendant has been contacted and does not object to this request.

Respectfully submitted

/s/ Steven J. Halbert
Steven J. Halbert
Atty. For Plaintiffs
Atty. No. 14254-02
598 Carmel Dr.. Suite N.

        Carmel, IN  46032
        (317) 334-7090
        FAX 317 848-3758
        Email  shalbertlaw@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following counsel electronically or by placing a copy in the United States Mail, postage prepaid, this 23rd day of July, 2010.

        /s/s Steven J. Halbert___
        Steven J. Halbert


Office of the United States Trustee
ustpregion10.in.ecf@usdoj.gov

Robert A Brothers
Chapter 13 Trustee
ecfmail@bobbrothersch13.com
ecfmail1@bobbrothersch13.com

Christopher M. Hill
PO Box 817
Frankfort, KY  40602